UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK A. AURIGEMMA,

     Petitioner,

v.                                        CASE NO. 6:16-cv-1911-Orl-37KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

     Respondents.
_____/

## **ORDER**

This cause comes before the Court on Petitioner's handwritten documents entitled "Affidavit of Truth" and "Motion of Demand for Proof of Claim/Full Discharge and Unconditional Release" (Doc. Nos. 1 and 2). Petitioner's allegations are difficult to decipher. Petitioner states that he is a "natural born citizen," a sovereign person, and he did not consent to his detainment by the State of Florida (Doc. 1 at 1-3). Petitioner also states that "[i]f the U.S. District Court cannot produce, display, and show a claim against principal for any reason, he puts demand for the performance thereby the administration to carry out and execute unconditional release and full discharge of his personal property" (Doc. 2 at 1).

Rule 4 of the *Rules Governing Section 22554 Cases in the United States District Courts* provides that "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief . . . , the judge must dismiss the petition and direct the

clerk to notify the petitioner." Petitioner has not demonstrated that he is entitled to relief on his claims.

Petitioner has failed to demonstrate that he is a sovereign citizen. Petitioner, a prisoner of the State of Florida, cannot unilaterally bestow sovereign immunity upon himself. *See*, *e.g.*, *United States v. Lumumba*, 741 F.2d 12, 14 (2d Cir. 1984). Nevertheless, even assuming Petitioner is not a citizen of the United States, he is subject to the laws of the State of Florida. *See Linge v. State of Georgia, Inc.*, 569 F. App'x 895 (11th Cir. 2014) (affirming a district court's dismissal of plaintiff's claim that he is a sovereign citizen and therefore, not subject to the laws of the State of Georgia); *United States v. James*, 328 F.3d 953 (7th Cir. 2003) (stating "[e]ven if James were not a citizen of the United States . . . he would be obliged to respect the laws of this nation."). The Court concludes that Petitioner has not demonstrated that he entitled to be released from incarceration. Therefore, this case is subject to dismissal.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.       This case is hereby **DISMISSED** without prejudice.

2.       The Clerk of the Court is directed to terminate any pending motions, enter judgment, and close the case.

**DONE AND ORDERED** in Orlando, Florida this <u>30th </u>day of November, 2016.



ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 11/30
Frank Aurigemma